# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELAANGELA MAYHO,

    Plaintiff,

v.                                        CASE NO. 3:18cv678-MCR-HTC

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 8, 2019. ECF No. 34. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner is **AFFIRMED** and Ms. Mayho's applications for Disability Insurance Benefits and Supplemental Security Income are **DENIED**.

3. The clerk is directed to enter judgment in favor of the Commissioner and close the file.

**DONE AND ORDERED** this 6th day of September 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**